■ HELGA HICKMAN, as Parent and Natural Guardian of BRYAN HICKMAN, an Infant, Respondent, v CHARLES M. YOUNG, Appellant, et al., Defendant.—Order unanimously affirmed without costs. Same memorandum as in *Hickman v Young* (144 AD2d 900 [decided herewith]). (Appeal from order of Supreme Court, Niagara County, Doyle, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.